

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-80,751-02

### EX PARTE CHRYSTOPHER DON PRECIADO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W-60196-02-A IN THE 47TH DISTRICT COURT
### FROM POTTER COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to forty years' imprisonment. The Seventh Court of Appeals affirmed his conviction. *Preciado v. State*, 346 S.W.3d 123 (Tex. App.—Amarillo 2011).

We remanded this application to determine whether trial counsel was ineffective. After we received the trial court's supplemental findings of fact and conclusions of law, Applicant filed a motion in this Court, asking for a stay and abeyance. In his motion, he contends that he has not received the "supplemental clerk's record" and says that he wants to file objections to the trial

court's findings and conclusions.

The District Clerk shall file a response with this Court and state whether she has complied with Article 11.07, § 7 of the Code of Criminal Procedure and Rule of Appellate Procedure 73.4(b)(2). If she has not done so, she is ordered to do so immediately. Finally, the District Clerk shall include with her response proof by U.S. Mail that she has complied with § 7 and Rule 73.4(b)(2). Her response shall be forwarded to this Court within 15 days of the date of this order.

If Applicant files objections to the trial court's findings and conclusions, they shall be filed in Potter County within 45 days of the date of this order, and the District Clerk shall immediately forward them to this Court. This application will be held for 60 days from the date of this order.

Filed: January 25, 2017
Do not publish